UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 13-1438 SI (pr) |
| SAMUEL KENNETH PORTER, | **JUDGMENT** |
|     Plaintiff. | |
| _____/ | |

    This action is dismissed as frivolous because it repeats the allegations in another action filed by plaintiff.

    IT IS SO ORDERED AND ADJUDGED.

Dated: July 2, 2013

                                        SUSAN ILLSTON
                                      United States District Judge