**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    In Re.                                        No. C 13-1438 SI (pr)

9    SAMUEL KENNETH PORTER,                        **JUDGMENT**

10             Plaintiff.

11   _____/

12

13         This action is dismissed as frivolous because it repeats the allegations in another action

14   filed by plaintiff.

15

16         IT IS SO ORDERED AND ADJUDGED.

17

18   Dated: July 2, 2013                           _____
                                                   SUSAN ILLSTON
19                                                 United States District Judge

20

21

22

23

24

25

26

27

28